JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JASON Z., <br><br> Plaintiff, <br><br> v. <br><br> FRANK J. BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:25-cv-06084-DFM <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the accompanying Memorandum Opinion and Order.

Date: May 21, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge